IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| I.P. o/b/o D.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:18-cv-07136 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| FOX HEALTH PLAN and ) | Magistrate Judge Gabriel A. Fuentes |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Plaintiff, I.P. o/b/o D.S., and Defendants, FOX HEALTH PLAN and AETNA LIFE INSURANCE COMPANY, through their respective counsel and pursuant to Local Rule 17.1, request that the Honorable Matthew F. Kennelly provide written approval of the settlement agreement entered into in this case, which is attached to this motion as a sealed document.

Dated: August 13, 2019                Respectfully Submitted By,

/s/ Marie E. Casciari                /s/ Colin D. Dougherty
_____      _____
Marie E. Casciari                    Colin D. Dougherty
One of the Attorneys for Plaintiff   One of the Attorneys for Defendant

Marie E. Casciari                    Colin D. Dougherty
DeBofsky Sherman Casciari Reynolds, P.C.   Fox Rothschild LLP
150 North Wacker Drive, Suite 1925   10 Sentry Parkway, Suite 200
Chicago, Illinois 60606              Blue Bell, Pennsylvania 19422
Telephone: (312) 561-4040            Telephone: (610) 397-6500
Fax: (312) 929-0309                  Fax: (610) 397-0450
Email: mcasciari@debofsky.com        Email: cdougherty@foxrothschild.com

## **CERTIFICATE OF SERVICE**

TO: Colin D. Dougherty
Benjamin H. McCoy
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Email: cdougherty@foxrothschild.com; bmccoy@foxrothschild.com

Marc Craig Smith
Fox Rothschild LLP
353 North Clark Street
Chicago, Illinois 60654
Email: mcsmith@foxrothschild.com

The undersigned attorney hereby certifies that on August 13, 2019, she electronically filed the foregoing JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

/s/ Marie E. Casciari
_____
Marie E. Casciari
One of the Attorneys for Plaintiff
I.P. o/b/o D.S.

Mark D. DeBofsky
Marie E. Casciari
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mcasciari@debofsky.com